```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 09892
   DONNIE RAY JOHNSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2848

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/15/2006 and was confirmed 10/12/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/08/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------
77TH ST DEPOT FEDERAL C    SECURED                 .00         .00             .00
77TH ST DEPOT FEDERAL C    SECURED                 .00         .00             .00
77TH ST DEPOT FEDERAL C    SECURED                 .00         .00             .00
OPTION ONE MORTGAGE        CURRENT MORTG   18456.07           .00       18456.07
OPTION ONE MORTGAGE        MORTGAGE ARRE        .00           .00             .00
PIERCE & ASSOC             NOTICE ONLY     NOT FILED          .00             .00
BALLY TOTAL FITNESS        UNSECURED          915.84          .00          915.84
BALLYS TOTAL FITNESS       NOTICE ONLY     NOT FILED          .00             .00
CONSECO FINANCE            NOTICE ONLY     NOT FILED          .00             .00
CROSS COUNTRY BANK         NOTICE ONLY     NOT FILED          .00             .00
M3 FINANCIAL SERVICES IN   FILED LATE            .00          .00             .00
MEDICAL COLLECTION         UNSECURED       NOT FILED          .00             .00
NCO FINANCIAL SYSTEMS IN   NOTICE ONLY     NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED           74.26          .00           74.26
SALLIE MAE INC             UNSECURED             .00          .00             .00
SALLIE MAE LSCF            NOTICE ONLY     NOT FILED          .00             .00
OPTION ONE MORTGAGE        NOTICE ONLY     NOT FILED          .00             .00
LEDFORD & WU               DEBTOR ATTY      2,500.00                     2,500.00
TOM VAUGHN                 TRUSTEE                                       1,433.20
DEBTOR REFUND              REFUND                                        3,496.83

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE            26,876.20

PRIORITY                                         .00
SECURED                                    18,456.07
UNSECURED                                     990.10
ADMINISTRATIVE                              2,500.00
TRUSTEE COMPENSATION                        1,433.20

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 09892 DONNIE RAY JOHNSON
```

```
DEBTOR REFUND                                                    3,496.83
                                            ---------------   ---------------
TOTALS                                          26,876.20         26,876.20
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                            /s/ Tom Vaughn
Dated: 06/26/08                             _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE
```